UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| TiVo Inc.,<br><br>        Plaintiff,<br><br>vs.<br><br>AT&T Inc.,<br><br>        Defendant. | Case No. 2:09-cv-00259-TJW |

**NOTICE OF RELATED CASES**

Plaintiff TiVo respectfully requests that the Court take notice of the following cases in which one or more of the patents asserted in this case are also asserted against other defendants:

- *TiVo Inc. v. EchoStar Corp., et al*, 2:04-cv-00001-DF-CMC
- *Dish Network Corp. et al v. TiVo Inc.*, 2:09-cv-00171-DF
- *TiVo Inc. v. Verizon Inc.*, 2:09-cv-00257-TJW

For example, United States Patent No. 6,233,389 to Barton, et al. was initially asserted in *TiVo Inc. v. EchoStar Corp., et al*, 2:04-cv-00001-DF-CMC, and the Court in that case ruled on claim construction, presided over a full jury trial, was affirmed in large part on appeal, and has recently issued an order on contempt. This case, as well as the other two listed cases, also includes the Barton patent.

Dated: August 31, 2009                                   Respectfully submitted,


                                               By:  */s/ Robert M. Parker*
                                                       Robert M. Parker

PARKER, BUNT & AINSWORTH, P.C.
Robert M. Parker
State Bar No. 15498000
rmparker@pbatyler.com
Robert Christopher Bunt
State Bar No. 00787165
rcbunt@pbatyler.com
Charles Ainsworth
State Bar No. 00783521
charley@pbatyler.com
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687

IRELL & MANELLA LLP
Morgan Chu
Perry Goldberg
Andrei Iancu
Alexander C.D. Giza
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:    (310) 277-1010
Facsimile:    (310) 203-7199
Attorneys for Plaintiff TiVo Inc.


## **CERTIFICATE OF SERVICE**

    I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 31st day of August, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                 /s/ *Robert M. Parker*
                                                 ROBERT M. PARKER