UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:09-cv-259

Name of party requesting extension: Defendant AT&T Inc.

Is this the first application for extension of time in this case?   ✓ Yes
    ☐ No

If no, please indicate which application this represents:   ☐ Second
    ☐ Third
    ☐ Other _____

Date of Service of Summons: 08/31/2009

Number of days requested:   ✓ 30 days
    ☐ 15 days
    ☐ Other _____ days

New Deadline Date: 10/21/2009   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Kevin E. Cadwell

State Bar No.: 24036304

Firm Name: Baker Botts L.L.P.

Address: 620 Hansen Way
    Palo Alto, CA 94304

Phone: (650) 739-7500

Fax: (650) 739-7699

Email: kevin.cadwell@bakerbotts.com

A certificate of conference does not need to be filed with this unopposed application.