UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| TiVo Inc.,<br><br>         Plaintiff,<br><br>    vs.<br><br>AT&T Inc.,<br><br>         Defendant. | Case No. 2:09-cv-00259-TJW |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, TiVo, Inc., hereby advises the Court that it does not have a parent corporation. No publically-held company owns a 10% or more interest in TiVo's stock.

Respectfully submitted,

By  */s/ Robert M. Parker*
Robert M. Parker

## CERTIFICATE OF SERVICE

      I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 24th day of September, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                          /s/ *Robert M. Parker*
                                          Robert M. Parker

1926140v1