IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TIVO INC., | § | |
| | § | |
| Plaintiff; | § | Case No. 2:09-CV-259-TJW |
| | § | |
| vs. | § | |
| | § | |
| AT&T INC., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

## NOTICE OF ATTORNEY APPEARANCE

Notice is given that the undersigned, Roger J. Fulghum, hereby enters an appearance for Defendant AT&T Inc. in the above-entitled case and requests that all future pleadings and papers filed under Fed. R.Civ. P. 5 be served on him through the Court's CM/ECF system per Local Rule CV-5(a)(3).

Dated: October 20, 2009

Respectfully submitted,

*/s/* Roger J. Fulghum
BAKER BOTTS L.L.P.
Bryant C. Boren, Jr.
Lead Attorney
State of Texas Bar No. 02664100
Kevin E. Cadwell
State of Texas Bar No. 24036304
620 Hansen Way
Palo Alto, CA 94304
Telephone: 650.739.7500
Facsimile: 650.739.7699
bryant.c.boren@bakerbotts.com
kevin.cadwell@bakerbotts.com

        BAKER BOTTS L.L.P.
Roger Fulghum
State of Texas Bar No. 00790724
One Shell Plaza, 910 Louisiana
Houston, Texas 77002
Telephone:  713.229.1234
Facsimile:  713.229.1522
roger.fulghum@bakerbotts.com

ATTORNEYS FOR DEFENDANT AT&T INC.

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 20th day of October, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

      /s/ Roger Fulghum
      Roger Fulghum