IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TIVO INC., | § | |
| | § | |
| Plaintiff; | § | Case No. 2:09-CV-259-TJW |
| | § | |
| vs. | § | |
| | § | |
| AT&T INC., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

**DEFENDANT AT&T INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant AT&T Inc. hereby states the following:

1. AT&T Inc. has no parent corporation and is itself a publicly held corporation.

2. No publicly-held corporation owns 10% or more of AT&T Inc.'s stock.

2

Dated:  October 21, 2009                                      Respectfully submitted,

                                                               By:  */s/* Bryant C. Boren, Jr.
                                                                    BAKER BOTTS L.L.P.
                                                                    Bryant C. Boren, Jr.
                                                                    Lead Attorney
                                                                    State of Texas Bar No. 02664100
                                                                    Kevin E. Cadwell
                                                                    State of Texas Bar No. 24036304
                                                                    620 Hansen Way
                                                                    Palo Alto, CA 94304
                                                                    Telephone:  650.739.7500
                                                                    Facsimile:  650.739.7699
                                                                    bryant.c.boren@bakerbotts.com
                                                                    kevin.cadwell@bakerbotts.com

                                                                    BAKER BOTTS L.L.P.
                                                                    Roger Fulghum
                                                                    State of Texas Bar No. 00790724
                                                                    One Shell Plaza
                                                                    910 Louisiana
                                                                    Houston, Texas 77002
                                                                    Telephone:  713.229.1234
                                                                    Facsimile:  713.229.1522
                                                                    roger.fulghum@bakerbotts.com

                                                      ATTORNEYS FOR DEFENDANT AT&T INC.

## **CERTIFICATE OF SERVICE**

I certify that on October 21, 2009 all counsel of record were served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

By: */s/* Bryant C. Boren, Jr.

3