IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TIVO INC., | § | |
| Plaintiff; | § § § | Case No. 2:09-CV-259-TJW |
| vs. | § § § | |
| AT&T INC., | § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

**DEFENDANT AT&T INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant AT&T Inc. hereby states the following:

1. AT&T Inc. has no parent corporation and is itself a publicly held corporation.

2. No publicly-held corporation owns 10% or more of AT&T Inc.'s stock.

Dated:  October 21, 2009

Respectfully submitted,

By: */s/* Bryant C. Boren, Jr.
    BAKER BOTTS L.L.P.
    Bryant C. Boren, Jr.
    Lead Attorney
    State of Texas Bar No. 02664100
    Kevin E. Cadwell
    State of Texas Bar No. 24036304
    620 Hansen Way
    Palo Alto, CA 94304
    Telephone:  650.739.7500
    Facsimile:  650.739.7699
    bryant.c.boren@bakerbotts.com
    kevin.cadwell@bakerbotts.com

    BAKER BOTTS L.L.P.
    Roger Fulghum
    State of Texas Bar No. 00790724
    One Shell Plaza
    910 Louisiana
    Houston, Texas 77002
    Telephone:  713.229.1234
    Facsimile:  713.229.1522
    roger.fulghum@bakerbotts.com

ATTORNEYS FOR DEFENDANT AT&T INC.

## **CERTIFICATE OF SERVICE**

I certify that on October 21, 2009 all counsel of record were served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

By: */s/* Bryant C. Boren, Jr.