IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TIVO INC. | § | |
| | § | |
| V. | § | NO. 2:09CV259 |
| | § | |
| AT&T INC. | § | |

## ORDER OF RECUSAL

The undersigned hereby recuses himself with regard to the above entitled and numbered civil action.

SIGNED this 9th day of February, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE