**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **TIVO INC.,** | § | |
| Plaintiff, | § § § | |
| v. | § § | Case No.  2:09-CV-0259-DF |
| **AT&T INC.,** | § § | |
| Defendant, | § § | |
| and | § § | |
| **MICROSOFT CORPORATION,** | § § | |
| Intervenor. | § § § | |

**NOTICE OF SERVICE OF INTERVENOR MICROSOFT'S INITIAL
DISCLOSURES PURSUANT TO FED. RULE 26(a)(1)**

Intervenor Microsoft Corporation hereby notifies the Court that on April 30, 2010, Microsoft served on all parties the disclosures required pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

DATED:  April 30, 2010.

> GILLAM & SMITH, LLP
> Harry L. Gillam, Jr.
> 303 South Washington Avenue
> Marshall, Texas 75670
> Telephone:  903.934-8450
> Facsimile:  .903.934-9257
> gil@gillamsmithlaw.com

                PERKINS COIE BROWN & BAIN P.A.

                By: /s/ *Chad S. Campbell*
                    Chad S. Campbell (*Admitted Pro Hac Vice*)
                    2901 North Central Avenue, Suite 2000
                    Phoenix, AZ  85012-2788
                    Telephone:  602.351-8393
                    Facsimile:  602.648-7193
                    cscampbell@perkinscoie.com

                PERKINS COIE LLP
                    Lauren Sliger
                    1888 Century Park East, Suite 1700
                    Los Angeles, CA  90067-1721
                    Telephone:  310.788.3245
                    Facsimile:  310.788.3399
                    lsliger@perkinscoie.com

                PERKINS COIE LLP
                    Christopher Kao
                    101 Jefferson Drive
                    Menlo Park, California  94025-1114
                    Telephone:  650.838.4406
                    Facsimile:  650.938.4406
                    ckao@perkinscoie.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically on April 30, 2010 pursuant to Local Rule CV-5(a) and has been served on all counsel of record who are deemed to have consented to electronic service.

                                              /s/ *Chad S. Campbell*
                                              Chad S. Campbell

18231702.1