**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TIVO INC., | Case No. 2:09-cv-259-DF |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING UNOPPOSED MISCELLANEOUS ADMINISTRATIVE REQUEST FOR WITHDRAWAL OF CHRISTINE BYRD AS ATTORNEY FOR PLAINTIFF** |
| AT&T INC., | |
| Defendant. | |
| and | |
| MICROSOFT CORPORATION, | |
| Intervenor. | |

Before the Court is the Unopposed Miscellaneous Administrative Request for Withdrawal of Christine Byrd as attorney for Plaintiff. After considering this request, the Court finds that it has merit, GRANTS the request, and ALLOWS THE WITHDRAWAL OF Ms. Byrd as attorney for Plaintiff from this matter. The Clerk shall remove Ms. Byrd from the Court's ECF e-mail service for this matter. All other outside counsel for TiVo Inc. remain as counsel of record.

**SIGNED this 7th day of May, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE