**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TIVO INC., | § | |
| Plaintiff, | § | |
| v. | § | Case No. 2:09-CV-0259-DF |
| AT&T INC., | § | |
| Defendant, | § | |
| and | § | |
| MICROSOFT CORPORATION, | § | |
| Intervenor. | § | |

**NOTICE OF SERVICE OF INTERVENOR MICROSOFT CORPORATION'S
OBJECTIONS AND RESPONSES TO TIVO'S FIRST SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS, ELECTRONICALLY STORED INFORMATION
AND THINGS**

Intervenor Microsoft Corporation hereby notifies the Court that on May 10, 2010, Microsoft served on all parties its Objections and Responses to TiVo's First Set of Requests for the Production of Documents, Electronically Stored Information and Things.

DATED: May 10, 2010.                 PERKINS COIE BROWN & BAIN P.A.

                                      By: /s/ *Chad S. Campbell*
                                          Chad S. Campbell (*Admitted Pro Hac Vice*)
                                          2901 North Central Avenue, Suite 2000
                                          Phoenix, AZ  85012-2788
                                          Telephone:  602.351-8393
                                          Facsimile:  602.648-7193
                                          cscampbell@perkinscoie.com

> PERKINS COIE LLP
>> Lauren Sliger
>> 1888 Century Park East, Suite 1700
>> Los Angeles, CA  90067-1721
>> Telephone:  310.788.3245
>> Facsimile:  310.788.3399
>> lsliger@perkinscoie.com
>
> PERKINS COIE LLP
>> Christopher Kao
>> 101 Jefferson Drive
>> Menlo Park, California  94025-1114
>> Telephone:  650.838.4406
>> Facsimile:  650.938.4406
>> ckao@perkinscoie.com
>
> GiLLAM & SMITH, LLP
>> Harry L. Gillam, Jr.
>> 303 South Washington Avenue
>> Marshall, Texas 75670
>> Telephone:  903.934-8450
>> Facsimile:  .903.934-9257
>> gil@gillamsmithlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically on May 10, 2010 pursuant to Local Rule CV-5(a) and has been served on all counsel of record who are deemed to have consented to electronic service.

>  /s/ *Chad S. Campbell*
> Chad S. Campbell

18292172.1