**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **TIVO INC.,** | § | |
| Plaintiff, | § | |
| v. | § | Case No.  2:09-CV-0259-DF |
| **AT&T INC.,** | § | |
| Defendant, | § | |
| and | § | |
| **MICROSOFT CORPORATION,** | § | |
| Intervenor. | § | |

**AT&T INC.'S AND MICROSOFT'S NOTICE OF COMPLIANCE
WITH P.R. 3-3 AND P.R. 3-4**

Defendant AT&T Inc. and Intervenor Microsoft Corporation hereby notify the Court that on May 21, 2010, they complied with P.R. 3-3 and P.R. 3-4 by serving on Plaintiff TiVo Inc. the document entitled AT&T Inc.'s and Microsoft Corporation's Invalidity Contentions, together with the exhibits and the document productions referenced therein.

DATED:  May 24, 2010.          BAKER BOTTS L.L.P.

By: /s/ *Bryant C. Boren, Jr.*
Bryant C. Boren, Jr., Attorney-in-charge
State Bar No. 02664100
bryant.c.boren@bakerbotts.com
Kevin E. Cadwell
State of Texas Bar No. 24036304
kevin.cadwell@bakerbotts.com
620 Hansen Way
Palo Alto, CA  94304
Telephone:  650.739.7500
Facsimile:  650.739.7699

                                          BAKER BOTTS L.L.P.
                                              Roger Fulghum, State Bar No. 00790724
                                              roger.fulghum@bakerbotts.com

BAKER BOTTS L.L.P.
    Roger Fulghum, State Bar No. 00790724
    roger.fulghum@bakerbotts.com
    Lisa Kelly, State Bar No. 24041659
    lisa.kelly@bakerbotts.com
    One Shell Plaza
    910 Louisiana
    Houston, TX  77002
    Telephone: 713.229.1234
    Facsimile: 713.229.1522

YOUNG, PICKETT & LEE
    Lance Lee, State Bar No. 24004726
    wlancelee@aol.com
    4122 Texas Blvd.
    P.O. Box 1897
    Texarkana, TX  75504
    Telephone:  903.794.1303
    Facsimile:  903.792.5098

*Attorneys for Defendant AT&T Inc.*

DATED:  May 24, 2010.

PERKINS COIE BROWN & BAIN P.A.

By: /s/ *Chad S. Campbell*
    Chad S. Campbell (*Admitted Pro Hac Vice*)
    cscampbell@perkinscoie.com
    2901 North Central Avenue, Suite 2000
    Phoenix, AZ  85012-2788
    Telephone:  602.351-8393
    Facsimile:  602.648-7193

PERKINS COIE LLP
    Lauren Sliger
    lsliger@perkinscoie.com
    1888 Century Park East, Suite 1700
    Los Angeles, CA  90067-1721
    Telephone:  310.788.3245
    Facsimile:  310.788.3399

PERKINS COIE LLP
    Christopher Kao
    ckao@perkinscoie.com
    101 Jefferson Drive
    Menlo Park, CA  94025-1114
    Telephone:  650.838.4406
    Facsimile:  650.938.4406

>GILLAM & SMITH, LLP
>Harry L. Gillam, Jr.
>303 South Washington Avenue
>Marshall, TX  75670
>Telephone:  903.934-8450
>Facsimile:  .903.934-9257
>gil@gillamsmithlaw.com
>*Attorneys for Intervenor Microsoft Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically on May 24, 2010 pursuant to Local Rule CV-5(a) and has been served on all counsel of record who are deemed to have consented to electronic service.

>  /s/ *Chad S. Campbell*
>Chad S. Campbell

18374796.1