IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **TIVO INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:09-CV-259 |
| **AT&T INC,** | § | |
| | § | |
| **Defendant.** | § | |

## O R D E R

Before the Court is TiVo's Motion to Dismiss the Mediaroom and Unidentified Customer Claims from Microsoft's Complaint in Intervention. Dkt. No. 50. Also before the Court is Microsoft's response and TiVo's reply. Dkt. Nos. 60 and 68, respectively.

Also pending before the Court is Intervenor Microsoft's and proposed Intervenor AT&T Operations' Motion to Transfer Venue to the Northern District of California Upon Severance. Dkt. No. 75.

The Court hereby **SETS** these two motions to be heard on **August 19, 2010 at 10:00 a.m.** in **Texarkana**. Each side shall have **fifteen (15) minutes** to present their arguments with 30 minutes allotted for each motion yielding a total hearing length of **sixty (60) minutes**.

 **IT IS SO ORDERED.**

 SIGNED this 2nd day of July, 2010.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE