IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TIVO | )( | |
| | )( | |
| | )( | |
| | )( | |
| | )( | |
| V. | )( | CIVIL NO. 2:09CV259 |
| | )( | |
| AT&T | )( | |

___

| | |
|---|---|
| ATTORNEY FOR PLAINTIFFS: | Ellisen Turner; Charles Ainsworth; Morgan Chu |
| ATTORNEY FOR DEFENDANTS: | Bryant Boren; Chad Campbell; Harry Gillam; Lance Lee; Stacy Quan |
| LAW CLERK: | John Lahad |
| COURTROOM DEPUTY: | Mel Martin |
| COURT REPORTER: | Libby Crawford |

___

MOTION HEARING
August 19, 2010 @ 10:00 a.m.

OPEN:  9:55            ADJOURN:  10:34

___

9:55   ct opens; ct/ have ptys resolved motion to dismiss;

9:55   Turner/ we are very near;

9:56   Campbell/ responds;

9:56   ct/ file amend complaint and maybe that takes care of it; if not then motion can be re-filed; can dismiss motion without prejudice; leaves us with motion to transfer and motions to sever and stay;

9:58   Campbell/ argues motion

10:09  Boren/ argues motion to sever;

10:11  ct/ why is this the appropriate vehicle to put this issue aside;

10:11  Boren/ responds;

10:15  ct/ reference and statements made by At&t Inc.

10:15  Boren/ responds;

10:25  Chu/ responds re: motion to transfer;

10:30  ct/ why do you need At&t Inc.

10:31  Chu/ responds;

10:32  Campbell/ want to address' overlap point one more time;

10:33  Boren/ brief response;

10:34  ct/ will try to address as quickly as schedule allows;

10:34  recess