**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| TIVO INC., | ) |
|                Plaintiff, | ) Civil Action No. 2:09-CV-259-DF |
| vs. | ) |
| 1. AT&T INC.; | ) **Jury Trial Demanded** |
| 2. AT&T OPERATIONS, INC.; | ) |
| 3. AT&T SERVICES, INC.; | ) |
| 4. AT&T VIDEO SERVICES, INC.; | ) |
| 5. SBC INTERNET SERVICES, INC.; | ) |
| 6. SOUTHWESTERN BELL TELEPHONE COMPANY. | ) |
|                Defendants, | ) |
| and | ) |
| MICROSOFT CORPORATION, | ) |
|                Intervenor. | ) |

**TIVO'S LIST OF ASSERTED PATENT CLAIMS**

Three patents are presently asserted in this litigation: (1) U.S. Patent No. 6,233,389 ('389 Patent), (2) U.S. Patent No. 7,529,465 ('465 Patent), and (3) U.S. Patent No. 7,493,015 ('015 Patent). In accordance with the Court's Docket Control Order requiring Plaintiff TiVo Inc. ("TiVo") to limit the number of asserted patent claims to no more than 10, TiVo identifies the following claims:

- '389 Patent: 2 claims – 31, 61
- '015 Patent: 3 claims – 3, 15, 19
- '465 Patent: 5 claims – 1, 8, 10, 13, 17

Given that discovery in this matter is ongoing and that Defendants and Intervenor have not yet completed their production of documents and source code relevant to the accused products, TiVo reserves the right to amend this list once Defendants and Intervenor complete their document production and provide requested discovery.

Dated:  October 15, 2010          Respectfully submitted

By: _____/s/ Ellisen S. Turner_____
      Ellisen S. Turner

PARKER, BUNT & AINSWORTH, P.C.
Robert M. Parker
State Bar No. 15498000
rmparker@pbatyler.com
Robert Christopher Bunt
Sate Bar No. 00787165
rcbunt@pbatyler.com
Charles Ainsworth
State Bar No. 00783521
charley@pbatyle.com
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Facsimile:(903) 533-9687

IRELL & MANELLA LLP
Morgan Chu (*Pro Hac Vice*)
mchu@irell.com
Andrei Iancu (*Pro Hac Vice*)
aiancu@irell.com
Perry Goldberg (*Pro Hac Vice*)
pgoldberg@irell.com
Ellisen S. Turner (*Pro Hac Vice*)
eturner@irell.com
Azar Mouzari (*Pro Hac Vice*)
amouzari@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:(310) 277-1010
Facsimile:(310) 203-7199

Attorneys for Plaintiff TiVo Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 15th day of October, 2010.  Any other counsel of record will be served by first class U.S. mail and/or electronic mail on this same date.

      Executed on **October 15, 2010**, at Los Angeles, California.

                                        /s/ Ellisen S. Turner
                                        Ellisen S. Turner