IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| TIVO INC., <br><br> Plaintiff, <br><br> vs. <br><br> 1. AT&T INC.; <br> 2. AT&T OPERATIONS, INC.; <br> 3. AT&T SERVICES, INC.; <br> 4. AT&T VIDEO SERVICES, INC.; <br> 5. SBC INTERNET SERVICES, INC.; <br> 6. SOUTHWESTERN BELL TELEPHONE COMPANY. <br><br> Defendants, <br><br> and <br><br> MICROSOFT CORPORATION, <br><br> Intervenor. | Civil Action No. 2:09-CV-259-DF <br><br> **Jury Trial Demanded** |

**STIPULATION AND JOINT MOTION TO DISMISS PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiff TiVo Inc. ("TiVo"), Defendants AT&T Inc., AT&T Operations, Inc., AT&T Services, Inc., AT&T Video Services, Inc., SBC Internet Services, Inc., and Southwestern Bell Telephone Company (the "AT&T Defendants"), and Intervenor Microsoft Corporation ("Microsoft") stipulate as follows:

This Stipulation and Joint Motion to Dismiss is made pursuant to Rule 41 of the Federal Rules of Civil Procedure and agreements between the parties.

TiVo, the AT&T Defendants, and Microsoft stipulate to the dismissal with prejudice of TiVo's claims against the AT&T Defendants in the above-captioned action and all claims and counterclaims made by the AT&T Defendants in the above-captioned action against TiVo, with

each party to bear its own costs and attorneys' fees.

Microsoft, the AT&T Defendants, and TiVo further stipulate to the dismissal without prejudice of Microsoft's declaratory judgment claims against TiVo, with each party to bear its own costs and attorneys' fees.

The dismissals set forth in this Stipulation are not intended to, and do not, have any impact on any claims TiVo has or may have against any party other than the AT&T Defendants or with respect to products or services of any party other than the AT&T Defendants. Microsoft, the AT&T Defendants, and TiVo acknowledge and stipulate that TiVo has not asserted any claims against Microsoft in this litigation.

Accordingly, pursuant to Rule 4l of the Federal Rules of Civil Procedure and agreements between the parties, the parties hereby ask the Court to enter an order that dismisses this action as follows:

a. All of TiVo's claims asserted against the AT&T Defendants in the above-captioned action are dismissed with prejudice;

b. All of the AT&T Defendants' claims and counterclaims asserted against TiVo in the above-captioned action are dismissed with prejudice;

c. Microsoft's declaratory judgment claims against TiVo are dismissed without prejudice.

d. TiVo, the AT&T Defendants, and Microsoft shall each bear their own costs and attorney's fees in the Action;

e. The foregoing dismissals are without prejudice to any claims that TiVo is construed to have asserted, or could have asserted, against Microsoft or any other third party.

Text of the proposed order has been lodged concurrently herewith.

Dated:  January 4, 2012                    Respectfully submitted,


By:     /s/ Richard Birnholz
             Richard Birnholz

PARKER, BUNT & AINSWORTH, P.C.
Robert M. Parker
State Bar No. 15498000
rmparker@pbatyler.com
Robert Christopher Bunt
State Bar No. 00787165
rcbunt@pbatyler.com
Charles Ainsworth
State Bar No. 00783521
charley@pbatyle.com
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Facsimile:(903) 533-9687

IRELL & MANELLA LLP
Morgan Chu (*Pro Hac Vice*)
mchu@irell.com
Andrei Iancu (*Pro Hac Vice*)
aiancu@irell.com
Richard Birnholz (*Pro Hac Vice*)
rbirnholz@irell.com
Joseph Lipner (*Pro Hac Vice*)
jlipner@irell.com
Ellisen Turner (Pro Hac Vice)
eturner@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:(310) 277-1010
Facsimile:(310) 203-7199

**ATTORNEYS FOR PLAINTIFF TIVO INC.**

By:     */s/ Bryant C. Boren, Jr.*
      Bryant C. Boren, Jr.

BAKER BOTTS L.L.P.
Bryant C. Boren, Jr.
Lead Attorney
State of Texas Bar No. 02664100
Kevin E. Cadwell
State of Texas Bar No. 24036304
620 Hansen Way
Palo Alto, CA 94304
Telephone: 650.739.7500
Facsimile: 650.739.7699
bryant.c.boren@bakerbotts.com
kevin.cadwell@bakerbotts.com

BAKER BOTTS L.L.P.
Roger Fulghum
State of Texas Bar No. 00790724
One Shell Plaza
910 Louisiana
Houston, Texas 77002
Telephone: 713.229.1234
Facsimile: 713.229.1522
roger.fulghum@bakerbotts.com

Lance Lee
State of Texas Bar No. 24004726
5511 Plaza Drive
Texarkana, TX 75503
Telephone: 903.223.0276
wlancelee@aol.com

**ATTORNEYS FOR DEFENDANT AT&T INC.**

By:     */s/ Chad S. Campbell*
       Chad S. Campbell

GILLAM & SMITH, LLP
Harry L. Gillam, Jr.
State Bar No. 07921800
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
gil@gillamsmithlaw.com

Of Counsel:
Chad S. Campbell
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
CSCampbell@perkinscoie.com
Telephone: 602.351.8000
Facsimile: 602.648.7000

Lauren Sliger
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, California 90067-1721
LSliger@perkinscoie.com
Telephone: 602.351.8000
Facsimile: 602.648.7000

**ATTORNEYS FOR INTERVENOR MICROSOFT CORPORATION**

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically on January 4, 2012, and pursuant to Local Rule CV-5(a) has been served on all counsel who are deemed to have consented to electronic service.

                              Dated:   January 4, 2012

                               */s/ Richard Birnholz*
                              Richard Birnholz